IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POST ACUTE ANALYTICS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. |
| CVS PHARMACY, INC. and AETNA LIFE INSURANCE COMPANY, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2023, the Court having considered Plaintiff's Motion for Leave to File Complaint Under Seal (the "Motion") and determined that good cause exists for the requested relief,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Plaintiff shall file a redacted public-version the Complaint within seven (7) days of the Court's docketing of the Sealed Complaint.

_____
United States District Court Judge