# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POST ACUTE ANALYTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. |
| CVS PHARMACY, INC. and AETNA LIFE INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) ) |

## POST ACUTE ANALYTICS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that, as of this date, there is no parent corporation of Post Acute Analytics, Inc. or any publicly held corporation that is the beneficial owner of more than ten percent (10%) of Post Acute Analytics, Inc.'s common stock.

*[SIGNATURE PAGE FOLLOWS]*

Dated:  September 5, 2023

**OF COUNSEL:**

Gregory A. Brodek (*pro hac vice forthcoming*)
**DUANE MORRIS LLP**
88 Hammond Street, Suite 500
Bangor, ME 04401
gabrodek@duanemorris.com

Robert X. Zaffrann (*pro hac vice forthcoming*)
Patrick H. Foley (*pro hac vice forthcoming*)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110
rxzaffrann@duanemorris.com
phfoley@duanemorris.com

Respectfully submitted,

**DUANE MORRIS LLP**

/s/ *Monté T. Squire*
Monté T. Squire (No. 4764)
1201 North Market Street, Suite 501
Wilmington, DE  19801
Telephone:  (302) 657-4900
mtsquire@duanemorris.com

*Counsel for Plaintiff Post Acute Analytics, Inc.*